**DISMISS; and Opinion Filed July 21, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00465-CR

### LARRY LAMONT BORNER, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-16427-P**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Brown

Larry Borner pleaded guilty to possession of cocaine in an amount less than one gram. Pursuant to a plea agreement, the trial court sentenced appellant to two years' confinement in a state jail, probated for three years, and assessed a $1,500 fine. The State later moved to revoke appellant's community supervision. Following a hearing on March 25, 2015, the trial court denied the motion to revoke and modified the conditions of appellant's community supervision. Appellant filed a notice of appeal from the trial court's order denying the motion to revoke community supervision. An order modifying the conditions of community supervision is not an appealable order. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). Accordingly, we lack jurisdiction over the appeal. *See id.*

We dismiss the appeal for want of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

150465F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LARRY LAMONT BORNER, Appellant

No. 05-15-00465-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court, Dallas County, Texas

Trial Court Cause No. F14-16427-P.

Opinion delivered by Justice Brown, Chief Justice Wright and Justice Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 21st day of July, 2015.